ACCEPTED
06-15-00049-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/7/2015 9:39:39 AM
DEBBIE AUTREY
CLERK

NO. 06-15-00049-CV

IN THE COURT OF APPEALS
FOR THE SIXTH DISTRICT OF TEXAS
TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/7/2015 9:39:39 AM
DEBBIE AUTREY
Clerk

CRISTINA MARENTE individually and as representative of the
ESTATE OF CHRISTIAN MARENTE, Deceased,
*Appellants*
v.
EUNICE ASHA, and EPIC HEALTH SERVICES, INC.
*Appellees*

MOTION FOR LEAVE TO FILE AMENDED BRIEF FOR APPELLANTS

COMES NOW CRISTINA MARENTE individually and as representative of the

ESTATE OF CHRISTIAN MARENTE, Deceased, Appellants, and files this Motion for Leave

to File Amended Brief for Appellants and shows this Court as follows:

Brief for Appellants was filed on September 29, 2015. The Appendix was not included.

Counsel also found several typographical errors regarding the wrong rule numbers that needed to

be corrected.

Appellants' request that they be permitted to file an Amended Brief.

Respectfully submitted;

*/s/ Douglas T. Floyd*
Douglas T. Floyd
Attorney for Appellants
3336 Therondunn Dr.
Plano, Texas 75023
214-704-7081
469-519-9488 FAX
T.B.N. 07181700
lawyerfloyd@aol.com

MOTION FOR LEAVE TO FILE AMENDED BRIEF FOR APPELLANTS
SOLO PAGE